UNITED STATES BANKRUPTCY COURT
Middle DISTRICT OF Florida
Tampa DIVISION

IN RE:

Laurie S. Burcaw

CASE NUMBER: 8:13-bk-00898-KRM

JUDGE

DEBTOR.

CHAPTER 11

DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD
FROM Jan 25, 2013 TO Jan 31, 2013

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 4-4-13

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
PO Box 340462
Tampa, FL 33694

Tel. 8135237377

Attorney's Address
and Phone Number:
1405 W Kennedy Blvd
Tampa, FL 33606

Bar No. 849642
Tel. 813-251-6666

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Laurie S. Burcaw |
|---|---|
| Case Number: | 8:13-bk-00898-KRM |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | Jan. 25 | 0 |
| CASH- Beginning of Month (Business) | Jan. 31 | 0 |
|  |  |  |
| Total Household Receipts |  | 0 |
| Total Business Receipts |  | 0 |
| Total Receipts |  | 0 |
|  |  |  |
| Total Household Disbursements |  | 0 |
| Total Business Disbursements |  | 0 |
| Total Disbursements |  | 0 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) |  | 0 |
|  |  |  |
| CASH- End of Month (Individual) |  | 0 |
| CASH- End of Month (Business) |  | 0 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  | 0 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) |  | 0 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  | 0 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___20___ day of ___MARCH___ 20_13_.                    _____
                                                              Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Jan 25-31 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | ∅ |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | | ∅ |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Jan 25-31 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | 0 |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| Total Business Receipts | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| Total Business Disbursements | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | | 0 |

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

Bank Account not set up yet

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Vehicle | | Geico | 1-1-13 thru 7-1-13 | $115.02 | 0 |
| | | | | Monthly | |
| | | | | 1st of month | |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Bank Account not set up yet

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

N/A

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | | | | |
| Account Number: | | | | |
| Purpose of Account (Business/Personal) | | | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

N/A

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

N/A

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

N/A

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 4

N/A

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

N/A

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables In Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| (List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid)*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |

**GEICO.** FLORIDA AUTOMOBILE INSURANCE
geico.com   IDENTIFICATION CARD
GEICO GENERAL INSURANCE COMPANY

Policy Number: 4193931641-01288
Effective Date: 01-01-13
[X] PERSONAL INJURY PROTECTION BENEFITS/PROPERTY DAMAGE LIABILITY
[X] BODILY INJURY LIABILITY
Named Insured: LAURIE SUSAN BURCAW

Year Make: 2007 CHEV SUBURBAN
Vehicle ID No.: 1GNFK16 3X7J170955
Phone Number: 1-800-841-3000
Company Code: 01288

Not valid more than one year from effective date.

## Important Information

Here are your Insurance Identification Cards. Please destroy your old cards when the new cards become effective.

Due to space limitations on the ID card, only the Named Insured and the Co-insured are listed. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page, which is included with your insurance packet.

Please notify us promptly of any change in your address to be sure you receive all important policy documents. Prompt notification will enable us to service you better.

Your policy is recorded under the name and policy number shown on the card.

If you would like additional ID cards, you can go online to geico.com or call us at **1-800-841-3000**.

**What to do at the time of an accident.**
- Do not admit fault.
- Do not reveal the limits of your liability coverage to anyone.
- Exchange contact information; get year, make, model, plate number, insurance carrier and policy number of all involved. Also, identify witnesses and collect contact information.
- Contact the police or 911 if applicable.
- Contact GEICO by calling **1-800-841-3000** or visit geico.com to report the accident.

*Need a tow or roadside assistance?*
Call 1-800-424-3426 to reach GEICO's Emergency Road Service (ERS).
Coverage, including collision, may extend to rental vehicles that qualify as temporary substitutes or non-owned autos in your policy.

MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR
U-4-FL (10-11)